UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 1:22-cv-22459-KMM |

**MOTION FOR AN**
**ENLARGEMENT OF TIME TO HOLD SCHEDULING CONFERENCE**

Pursuant to the Court's Order of August 8, 2022, Plaintiff hereby moves for an enlargement of time, not to exceed 90 days from the filing of the Complaint, to hold the required scheduling conference as service to the United States of America has not been perfected as it relates to service to the United States Attorney for the Southern District of Florida. Plaintiff's counsel has met with counsel for the defendants as well as counsel for the State of Florida, which has a pending motion to intervene (Doc. 11), to discuss the possible resolution of this matter through settlement, and an enlargement of time would also allow additional time for those discussions to occur.

Plaintiff's counsel has also conferred with counsel for the Defendants and for the State of Florida regarding this Motion. Counsel for the Defendants represented that the Defendants have

no objection to the relief requested in this Motion, and counsel for the State of Florida consents to this Motion.

Date: October 4, 2022

Respectfully submitted,

/s/ G. B. Abney
_____

George B. Abney
Florida Bar # 171557
george.abney@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404/881- 7777
Attorney for the Miccosukee Tribe of Indians of Florida

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICCOSUKEE TRIBE OF
INDIANS OF FLORIDA,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and UNITED
STATES OF AMERICA,

    Defendants.

Case No.: 1:22-cv-22459-KMM

**ORDER GRANTING MOTION FOR AN
ENLARGEMENT OF TIME TO HOLD SCHEDULING CONFERENCE**

THIS CAUSE having come before the Court on the Motion to for an Enlargement of Time to Hold Scheduling Conference pursuant to the Court's August 8, 2022, Pretrial Order. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within ninety (90) days after the filing of the complaint, whichever occurs first.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____.

                                                         Honorable K. Michael Moore
                                                         United States District Judge

Copies furnished to: All Counsel of Record