UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

    *Plaintiff*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES OF AMERICA,

    *Defendants*,

and

THE STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

    *Defendant-Intervenor*.

Case No. 1:22-cv-22459-KMM

## SCHEDULING ORDER

This CAUSE came before the Court upon the parties' Joint Motion to Enter Deadlines. (ECF No. 23). For good cause shown, and because the parties are in agreement, the Court enters the following Scheduling Order that they have proposed.

IT IS ORDERED AND ADJUDGED:

1. The parties have agreed to engage in settlement discussions until March 1, 2023 in an attempt to resolve this matter. If no settlement is not reached by that date, then the following deadlines shall govern the filing of answers, the production of the Certified Administrative Record, and the resolution of any disputes concerning the contents of the Certified Administrative Record:

| | |
|---|---|
| Federal Defendants shall file their answer | March 8, 2023 |
| Intervenor shall file an answer | March 15, 2023 |
| Federal Defendants shall produce the Certified Administrative Record | March 15, 2023 |
| Plaintiff and/or Intervenor shall notify Federal Defendants of any Administrative Record issues | March 22, 2023 |
| Federal Defendants shall respond to Plaintiff and/or Intervenor regarding record issues | April 5, 2023 |
| Federal Defendants shall make any revisions/or supplementation of the Certified Administrative Record (if applicable) | April 19, 2023 |
| Plaintiff and/or Intervenor shall any file record-related motion(s) | May 3, 2023 |
| Federal Defendants shall respond to any record-related motion(s) | June 2, 2023 |
| Plaintiff and/or Intervenor shall file their reply to record-related motion(s) | June 9, 2023 |

2. Within seven (7) days of the resolution of any record issues, or, if no record issues are raised, by March 29, 2023, the parties shall meet and confer regarding a schedule to govern merits briefing, and shall propose a briefing schedule to the Court.

3. The Court's November 21 Order Scheduling Trial (ECF No. 21) in Miami is VACATED.

ORDERED, this 27th day of February, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE